No. 495. BURFORD ET AL. *v.* SUN OIL CO. ET AL. December 14, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Gerald C. Mann,* Attorney General of Texas, *Ed Roy Simmons,* Assistant Attorney General, and *James P. Hart* for petitioners. *Mr. J. B. Robertson* for respondents.

No. 528. HASTINGS ET AL. *v.* SELBY OIL & GAS CO. ET AL. December 14, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Gerald C. Mann,* Attorney General of Texas, *E. R. Simmons* and *James D. Smullen,* Assistant Attorneys General, and *W. Edward Lee* for petitioners. *Mr. Dan Moody* for respondents.

No. 540. MYERS, TRUSTEE, *v.* MATLEY. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Harlan L. Heward* for petitioner. *Mr. William M. Kearney* for respondent.

No. 551. EMIL, TRUSTEE IN BANKRUPTCY, *v.* HANLEY, RECEIVER. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. David Haar* for petitioner. *Mr. John P. McGrath* for respondent.

No. 582. WATERMAN STEAMSHIP CORP. *v.* JONES. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Joseph W. Henderson* and *George M. Brodhead,*

*Jr.* for petitioner. *Mr. Abraham E. Freedman* for respondent.

No. 454. AGUILAR *v.* STANDARD OIL CO. OF NEW JERSEY. January 4, 1943. The order denying certiorari, *post,* p. 681, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted. *Mr. George J. Engelman* for petitioner. *Mr. Vernon S. Jones* for respondent.

No. 553. GALLOWAY *v.* UNITED STATES. January 4, 1943. The motion for leave to proceed on typewritten papers is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is also granted. *Mr. Warren E. Miller* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Lester P. Schoene, Wilbur C. Pickett,* and *Keith L. Seegmiller* for the United States.

No. 557. NATIONAL LABOR RELATIONS BOARD *v.* GOODYEAR TIRE & RUBBER CO. ET AL. January 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Messrs. O. R. Hood* and *Forney Johnston* for respondents.

No. 556. BOARD OF COUNTY COMMISSIONERS ET AL. *v.* SEBER ET AL. January 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Mac Q. Williamson,* Attorney General of Oklahoma, and *Houston E. Hill,* Assistant At-